# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

AUGUST C. PAYNE, Jr.

NO. 2026 KW 0638

**AUGUST 10, 2026**

---

In Re:    State of Louisiana, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          02-05-0205.

---

BEFORE:    **WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT GRANTED.** Notwithstanding any provision of law to the contrary, the court shall apply the provisions of La. R.S. 15:529.1 that were in effect on the date that the defendant's instant offense was committed. See La. R.S. 15:529.1(K)(1). See also **State v. Parker**, 2003-0924 (La. 4/14/04), 871 So.2d 317, 325-26; **State v. Evans**, 2008-0417 (La. App. 1st Cir. 10/31/08), 998 So.2d 197, writ denied, 2008-2840 (La. 6/19/09), 10 So.3d 732. Therefore, the trial court erred by granting respondent's motion to correct an illegal sentence. Accordingly, the ruling of the trial court granting the motion is reversed, and this matter is remanded for the court to reinstate respondent's life sentence in compliance with this court's ruling.

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT